IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ISHMAEL H. CODY            PLAINTIFF
ADC #145160

v.    No: 1:14-cv-72-DPM

WILLIAM WIESENBACH, JR., Corporal,
Grimes Unit, ADC; BRADLEY H.
ROBERTSON, Sergeant, Grimes Unit,
ADC; WILLIAM DAVIDSON, Corporal,
Grimes Unit, ADC; THORNTON,
Correctional Officer 1, Grimes Unit, ADC;
MICHAEL MORRIS, Corporal, Grimes Unit,
ADC; NICHOLAS NARACON, Sergeant,
Grimes Unit, ADC; CHRISTOPHER
BUDNIK, Assistant Warden, Grimes Unit,
ADC; and EMSWELLER, Major            DEFENDANTS

## JUDGMENT

Cody's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2014